# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JUAN ANGARITA-AMAYA,<br><br>LUIS F. CHUB CACAO,<br><br>SERGIO E. ESTRADA-ZAMBRANO,<br><br>MARIO GARCIA-MARTINEZ,<br><br>MANUEL GARCIA-YANEZ,<br><br>HOLMAN LOPEZ-OCHOA,<br><br>MARIA LUNA-PERALTA,<br><br>FRANCISCO MARTINEZ-DIMAS,<br><br>ERIC MEJIA-MEJIA,<br><br>DARIO MORALES-ROLERO,<br><br>JUAN OLIVAS-GONZALEZ,<br><br>JOSE ORDUNA-ORDUNA,<br><br>RAUL RAMIREZ-RANGEL,<br><br>FRANCISCO RESENDIZ-HERNANDEZ,<br><br>ALEX SALGUERO-MATA,<br><br>GUILLERMO SALLUCA-MAMANI, | PO-26-5125-GF-JTJ<br>PO-26-5133-GF-JTJ<br>PO-26-5139-GF-JTJ<br>PO-26-5143-GF-JTJ<br>PO-26-5144-GF-JTJ<br>PO-26-5155-GF-JTJ<br>PO-26-5157-GF-JTJ<br>PO-26-5161-GF-JTJ<br>PO-26-5163-GF-JTJ<br>PO-26-5164-GF-JTJ<br>PO-26-5191-GF-JTJ<br>PO-26-5192-GF-JTJ<br>PO-26-5173-GF-JTJ<br>PO-26-5176-GF-JTJ<br>PO-26-5177-GF-JTJ<br>PO-26-5178-GF-JTJ<br>PO-26-5179-GF-JTJ<br>PO-26-5180-GF-JTJ<br>PO-26-5183-GF-JTJ<br>PO-26-5185-GF-JTJ<br>PO-26-5186-GF-JTJ<br>PO-26-5189-GF-JTJ<br><br>VIOLATIONS:<br>E2721834, 9234100, 9234093, E2721836, |

| | |
|---|---|
| **ARMANDO SANCHEZ-PONCE,**<br><br>**CANDIDO SANTIAGO-PACHECO,**<br><br>**LUIS SOTO-AVILA,**<br><br>**KEDIN TOBIAS-MATA,**<br><br>**JUVENCIO VARGAS-RANGEL,**<br><br>**and**<br><br>**KEVIN ZALDIVAR-ZELADA.**<br>**Defendants.** | **E2721837, 9234094, E2840302, E2840303,**<br>**E2721844, E2840306, E2721838, E2721842, E2721839, 9234098, E2840307,**<br>**E2721843, E2721835, E2840308, E2721841, 9234099**<br><br>**ORDER** |

Based upon the United States' motion to dismiss violations E2721834, 9234100, 9234093, E2721836, E2721837, 9234094, E2840302, E2840303, E2721844, E2840306, E2721838, E2721842, E2721839, 9234098, E2840307, E2721843, E2721835, E2840308, E2721841, and 9234099 and for good cause shown,

/ / /

/ / /

**IT IS ORDERED** that above listed violations are **DISMISSED**.

DATED this 30th day of October 2026.

Brian Morris, Chief District Judge
United States District Courts